UNITED STATES DISTRICT COURT
FILED 08 FEB '13 11:53 USDC-ORE
FOR OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| **LAWRENCE JAMES SACCATO** | § | Case No: 6:13-CV-00173- AA |
| Plaintiff ProSe' | § | |
| | § | |
| Vs. | § | PLAINTIFF'S MOTION FOR |
| | § | A PROTECTIVE ORDER; |
| | § | WITH ORDER TO FILE |
| **U.S. BANK NATIONAL ASSOCIATION N.D.,** | § | SUPPLEMENTAL EVIDENCE |
| Defendant | § | IN SUPPORT OF COMPLAINT |
| | § | FILED UNDER SEAL , LR 3-7 |
| **STEPHANIE BUCKLEY,** | § | Fed. R. Civ. P. 5.2(d) |
| Co-Defendant | § | |
| | § | |
| **CHRISTOPHER KAYSER,** | § | |
| Co-Defendant | § | |
| | § | |
| Does 1 through 5 | § | |

## MOTION FOR A PROTECTIVE ORDER WITH
## ORDER TO FILE SUPPLEMENTAL EVIDENCE IN
## SUPPORT OF THE COMPLAINT UNDER SEAL

Plaintiff, Lawrence James Saccato Pro se, and moves this Honorable Court for a protective Order with an Order to seal the supplemental evidence in support of complaint.

The attached supplemental evidence in support of Plaintiff's complaint contains sensitive and confidential information. The documentation contains information that is required to be redacted under the FRCP, Pacer Filing requirements, and the FCRA, Fed. R. Civ. P. 5.2(d) . The information was previously filed without the required redaction in case No.6:10-cv-06244-HO, on two occasions by the defendant and co-defendants and is the subject of this complaint / claim.

Page -1-

The Court, Defendant and Co-Defendant's should be allowed to review, inspect the sealed materials and the protective order should caution the release of the information into the public may include sanctions; and also the clerk should exclude the document from the electronic docket as well as the public case file.

Plaintiff will provide redacted copies of the documents that comply with Rule 5.2(a) with the summons and original complaint which have not been served upon Defendant and Co-Defendant.

Plaintiff respectfully requests the protective order granting the supplemental evidence to be filed under seal by the clerk.

Respectfully submitted this 7th day of February, 2013.

*LAWRENCE Saccato*

Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
Ljsaccato@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **"MOTION FOR A PROTECTIVE ORDER WITH ORDER TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF THE COMPLAINT UNDER SEAL"** in case  No. 6:13-cv-00173-AA, was sent by First Class Mail with postage prepaid through the United States Post Office to:

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

It was deposited in the United States Post Office in Roseburg, Oregon on February 7, 2013.

*LAWRENCE SACCATO*
Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com