DAVID A. JACOBS, OSB No. 942202
djacobs@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, Oregon 97401
Telephone:  (541) 484-9292
Telefax: (541) 343-1206

Attorneys for Defendant Christopher J. Kayser

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO,<br><br>    *Pro Se* Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION N.D., STEPHANIE BUCKLEY, CHRISTOPHER KAYSER and DOES 1 THROUGH 5,<br><br>    Defendants. | Case No. 6:13-cv-00173-AA<br><br>**DEFENDANT CHRISTOPHER KAYSER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>**REQUEST FOR ORAL ARGUMENT** |

### LR 7-1 Certificate

The undersigned certifies that he conferred with the *pro se* plaintiff by phone about the issues placed in dispute by this motion, but was unable to reach a resolution.

### Motion

COMES NOW, Defendant Kayser, by and through his attorneys of record, Luvaas Cobb, and, pursuant to FRCP 56, moves this court granting summary judgment in his favor



and dismissing all of plaintiff's claims against defendant.  This motion is supported by the Declaration of Christopher J. Kayser, and the Memorandum of Law filed herewith.

DATED this  12th  day of April, 2013.

                              LUVAAS COBB
                              Attorneys for Defendant Christopher Kayser


                              By: /s/ David A. Jacobs
                                  David A. Jacobs, OSB No. 942202
                                  E-mail:  djacobs@luvaascobb.com
                                  Trial Attorney

DEFENDANT CHRISTOPHER KAYSER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 -2

LUVAAS COBB
ATTORNEYS AT LAW
777 High Street, Suite 300
Post Office Box 10747
Eugene, OR 97440-2747
Phone: 541-484-9292
Fax: 541-343-1206

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT CHRISTOPHER KAYSER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF CHRISTOPHER J. KAYSER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on:

>Lawrence James Saccato
>c/o 6387 Old Hwy 99S
>Roseburg, OR 97471
>*Pro Se* Plaintiff

by the following indicated method or methods:

__X__ By **mailing** a full, true, and correct copy thereof in a sealed, first-class postage prepaid envelope, addressed to the attorney(s) as shown above, at the last known office address of the attorney(s), and deposited with the United States Postal Service at Eugene, Oregon, on the date set forth below.

____ By depositing with **B & J/Barristers Aide** for hand-delivery a full, true, and correct copy thereof in a sealed envelope, addressed to the attorney(s) as shown above, at the last known office address of the attorney(s) on the date set forth below.

____ By causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney(s) at the attorney's last known office address listed above on the date set forth below.

____ By sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney(s) as shown above, at the last known office address of the attorney(s), on the date set forth below.

____ By **faxing** a full, true, and correct copy thereof to the attorney(s) at the fax number(s) shown above, which is the last known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached transmission report(s).

>DATED this __12th__ day of April, 2013.

>>LUVAAS COBB
>>Of Attorneys for Defendant Christopher Kayser


>>/s/ David A. Jacobs
>>David A. Jacobs, OSB No. 942202



LUVAAS / COBB
ATTORNEYS AT LAW
777 High Street, Suite 300
Post Office Box 10747
Eugene, OR 97440-2747
Phone: 541-484-9292
Fax: 541-343-1206