**William L. Larkins, Jr.**, OSB #812882
wlarkins@larkinsvacura.com
**Bridget M. Donegan**, OSB #103753
bdonegan@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600

Attorneys for Defendants U.S. Bank National
Association, N.D. and Stephanie Buckley

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LAWRENCE JAMES SACCATO, | |
| Plaintiff, | Case No. 6:13-CV-00173-AA |
| v. | DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, N.D.'S, AND STEPHANIE BUCKLEY'S MOTION FOR SUMMARY JUDGMENT |
| U.S. BANK NATIONAL ASSOCIATION, N.D., STEPHANIE BUCKLEY, CHRISTOPHER KAYSER, DOES 1 THROUGH 5, | Oral Argument Requested |
| Defendants. | |

**LR 7-1 Certificate**

The undersigned certifies that she conferred with the *pro se* plaintiff by telephone but was

unable to resolve this dispute.

///

DEFENDANTS U.S. BANK'S AND STEPHANIE BUCKLEY'S MOTION          Page 1
FOR SUMMARY JUDGMENT

**Motion**

Defendants U.S. Bank National Association, N.D. ("U.S. Bank"), and Stephanie Buckley

hereby move for summary judgment in their favor on the entirety of plaintiff's claims against

them.  In support of this motion, U.S. Bank and Buckley rely on the pleadings and the

Declaration of Richard Martino filed herewith.

Dated:  May 21, 2013.

LARKINS VACURA LLP

/s/ Bridget M. Donegan
William L. Larkins, Jr., OSB #812882
wlarkins@larkinsvacura.com
Bridget M. Donegan, OSB #103753
bdonegan@larkinsvacura.com
Attorneys for Defendants U.S. Bank and Stephanie
Buckley

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action.  I am employed in Multnomah County, State of Oregon, and my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On May 21, 2013, I served the following document(s):

**DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, N.D.'S, AND STEPHANIE BUCKLEY'S MOTION FOR SUMMARY JUDGMENT**

on the party or parties listed on the following page(s) in the following manner(s):

☐    **BY FEDERAL EXPRESS:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒    **BY FIRST-CLASS MAIL:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐    **BY FACSIMILE:**   For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list.  If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐    **BY E-MAIL:**  For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list.  If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☐    **BY ECF:**  For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Bridget M. Donegan
Bridget M. Donegan

Lawrence James Saccato
6387 Old Hwy 99S
Roseburg Oregon 97470
   Plaintiff *pro se*