# UNITED STATES DISTRICT COURT
## FOR OREGON
## EUGENE DIVISION

HONORABLE ANN AIKEN

| | | |
|---|---|---|
| **LAWRENCE JAMES SACCATO** | § | Case No: 6:13-CV-00173-AA |
| Plaintiff ProSe' | § | |
| | § | |
| Vs. | § | PLAINTIFF'S MOTION TO |
| | § | STRIKE DECLARATION |
| | § | OF RICHARD MARTINO |
| **U.S. BANK NATIONAL ASSOCIATION N.D.,** | § | FRCP 56 (4) |
| Defendant | § | |
| | § | |
| **STEPHANIE BUCKLEY,** | § | |
| Co-Defendant | § | |
| | § | |
| **CHRISTOPHER KAYSER,** | § | |
| Co-Defendant | § | |
| | § | |
| Does 1 through 5 | § | |

## PLAINTIFFS MOTION TO STRIKE
## DECLARATION OF RICHARD MARTINO

### LR 7.1-1 Certification

The undersigned Plaintiff Lawrence James Saccato pro se, has made a good faith effort and conferred with Defendants Counsel, Bridget Donegan by e-mail concerning this motion. Defendant's counsel objects to this motion and stated "we stand behind our client's declaration and we oppose your motion."

Plaintiff requests this honorable to take mandatory judicial notice of the evidence presented included in the Declaration of Lawrence James Saccato with supporting evidence incorporated thereto. This Court must take judicial notice of such facts if requested by a party. Fed. R. Evid. 201(d).

Plaintiff respectfully moves this Court for an order striking the Declaration of Richard Martino filed in support of the Defendant's U.S. Bank and Stephanie Buckley, pursuant to FRCP Rule 56 (4), on the grounds that statements made in the declaration are untruthful, misleading and erroneous. Evidence rebutting Mr. Martino's declaration is submitted in declaration of Lawrence James Saccato filed herewith.

Mr. Martino, the Defendant's and Mrs. Donegan are attempting to commit fraud upon the Court with the submission of the declaration of Richard Martino, Doc # 23. Declarant states in Pg. 2, Para #5, "U.S. Bank acquires that information through an "account review inquiry" to credit reporting agencies **six times per year** for all of its checking account customers." And "An account review inquiry appears on a customer's credit report only when the report is reviewed by the customer". Plaintiff disputes these statements as erroneous, misleading and untruthful. Supporting the Plaintiff's dispute is evidence attached to the Declaration of Lawrence James Saccato with attached exhibits, see exhibit PE A Pg.1-6 that shows clearly the contrary.

Plaintiff also disputes Mr. Martino's statement at Pg. 3. Para. 7, "The inquiry was part of the automated process described above that occurs six times per year for all of U.S. Bank's checking account customers." Plaintiff submits portions of his credit report from Transunion Account Review Inquiries dated from 07/09 thru 11/10 showing none of the **"six"** alleged annual automated accesses, see exhibit PE A Pg.1-6.

Therefore Plaintiff respectfully moves the Court to strike the declaration of Richard Martino document #23 in total, or in the alternative, strike Para. No. 2 and 7 respectively.

Respectfully submitted,

May 31, 2013

_LAWRENCE SACCATO_

Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
ljsaccato@gmail.com