FILED 03 JUN '13 12:17 USDC-ORE

UNITED STATES DISTRICT COURT
FOR OREGON
EUGENE DIVISION

HONORABLE ANN AIKEN

| | | |
|---|---|---|
| **LAWRENCE JAMES SACCATO** | § | Case No: 6:13-CV-00173-AA |
| Plaintiff ProSe' | § | |
| | § | |
| Vs. | § | DECLARATION OF LAWRENCE |
| | § | JAMES SACCATO IN |
| | § | SUPPORT OF PLAINTIFF'S |
| **U.S. BANK NATIONAL ASSOCIATION N.D.**, | § | MOTION TO STRIKE THE |
| Defendant | § | DECLARATION OF RICHARD |
| | § | MARTINO IN SUPPORT OF |
| **STEPHANIE BUCKLEY**, | § | DEFENDANT'S MOTION |
| Co-Defendant | § | FOR SUMMARY JUDGMENT |
| | § | |
| **CHRISTOPHER KAYSER**, | § | |
| Co-Defendant | § | |
| | § | |
| Does 1 through 5 | § | |

I, LAWRENCE JAMES SACCATO, make the following declaration to the U.S. District Court for the District of Oregon.

1. I am the Plaintiff in the pending action *Lawrence James Saccato v U.S. Bank National Association, ND*, US District Court Case No. 6:13-00173-AA.

2. On or about 5/10/2011, I obtained a copy of my credit report from Equifax a credit reporting agency. The report showed that US Bank had accessed the report on 02/01/2011, see exhibit PE A Pgs. 1-2, a true and correct copy attached. The access was during the litigation of case no. 6:10-cv-06244.

3. On or about 12/9/2010, I obtained a copy of my credit report from Transunion a credit reporting agency. The report in the Account Review Inquiries section showed no inquiry by U.S. Bank for the period of 07/2009 thru 11/2010, see exhibit PE A Pgs. 3-4, a true and correct copy attached.

4. On or about 04/14/2010, I obtained a copy of my credit report from Equifax a credit reporting agency. The report in the Account Review Inquiries section showed no inquiry by U.S. Bank for the period of 05/2009 thru 04/2010, see exhibit PE A Pgs. 3-4, a true and correct copy attached.

5. Upon review of my credit reports and during pending litigation I discovered Defendant U.S. Bank was listed as accessing my credit report on February 1, 2011 without my permission.

6. Upon receiving a copy of the Defendant's motion for summary judgment and the declaration of Richard Martino, Doc #23, I discovered erroneous and inaccurate information in Mr. Martino's declaration.

7. I have not been allowed to depose Mr. Martino and dispute portions of Para. 5 & 7 in his declaration.

8. I believe that portions of Mr. Martino's declaration are erroneous, inaccurate and untruthful. See exhibits PE A Pgs. 1-6 attached herewith.


I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct.

Executed this 31st day of May, 2013.

LAWRENCE SACCATO
Lawrence James Saccato pro se'
C/o 6387 Old Hwy 99 S
Roseburg Oregon 97470
541-784-2284 mess.
Ljsaccato@gmail.com

Page -2-

# EQUIFAX

## CREDIT FILE: May 10, 2011

**Personal Identification Information** (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File: Lawrence James Saccato
Social Security #: ▇▇▇▇▇▇▇  Date of Birth: ▇▇▇▇▇▇▇
Current Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Reported: 04/2010
Previous Address(es): ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇ 97470 Reported: 04/2011
Last Reported Employment: Lawrence J Sacc;
Previous Employment(s): ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇;

ALERT(s):   File Blocked For Promotional Purposes

### Confirmation # 1130040240

Please address all future correspondence to:


www.investigate.equifax.com
Equifax Information Services LLC
PO Box 105285
Atlanta GA 30348


(800) 270-3435
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

*Exhibit PE A1*

| Company Information | | Inquiry Date(s) |
|---|---|---|
| AR-US Bank Na | 601 2nd Ave S  Minneapolis, MN | (02/01/2011) ← |
| 55402-4303 | | |
| ND-Equifax | PO Box 740250  Atlanta, GA | 12/09/2010 |
| 30374-0250 | | |
| AR-VISA Dsnb | 9111 Duke Blvd  Mason, OH | 08/04/2010 |
| 45040-8999 | | |
| ND-Lexisnexis::SUBLIMITY INS CO AGE | 1000 Alderman Dr Insurance P&C Agent Alpharetta, | 04/13/2010 |
| GA 30005-4101 | | |

Exhibit PE A2

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### GE MONEY BANK/AMAZON PLC
PO BOX 981432    **Requested On:**    11/2010
EL PASO , TX 79998-1432
(866) 634-8379

### GEMB LENDING INC
2995 RED HILL AVE    **Requested On:**    11/2010
COSTA MESA , CA 92626
(800) 404-2647

### DISCOVER FINCL SVC LLC
2500 LAKE COOK RD    **Requested On:**    11/2010
RIVERWOODS , IL 60015-3851
(800) 347-2683

### NORTHSTAR PRIM CRED CRDS
4285 GENESEE STREE    **Requested On:**    11/2010
CHEEKTOWAGA , NY 14225
Phone number not available

### BANK OF AMERICA CARD SER
655 PAPER MILL ROA    **Requested On:**    10/2010
MS/DES-013-02-02
NEWARK , DE 19713
(866) 352-1681

### PORTFOLIO RECOVERY ASSOC
140 CORPORATE BLVD    **Requested On:**    10/2010
NORFOLK , VA 23502
Phone number not available

### CBUSA/SEARS
701 E 60TH ST NORT    **Requested On:**    10/2010
PO BOX 6241
SIOUX FALLS , SD 57117
(800) 917-7700

### PORTFOLIO RECOVERY ASSOC
120 CORPORATE BLVD    **Requested On:**    09/2010
NORFOLK , VA 23502
Phone number not available

### COLLECT AMERICA
370 17TH ST STE 50    **Requested On:**    09/2010    **Permissible Purpose:** TO ACQUIRE/SERVICE
DENVER , CO 80202-5622    /INSURE ACCOUNT
(303) 296-3345

### THE BRACHFELD LAW GROUP
800 W SAM HOUSTON    **Requested On:**    08/2010
SUITE 200
HOUSTON , TX 77042
Phone number not available

Exhibit PEA4

**PORTFOLIO RECOVERY ASSO**
140 CORPORATE BLVD
NORFOLK , VA 23502
Phone number not available

Requested On: 07/2010

**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 2
SAN DIEGO , CA 92123
(800) 265-8825

Requested On: 07/2010

**Permissible Purpose:** COLLECTION

**EQUABLE ASCENT FINANCIAL**
ONE NORTHBROOK PLA
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

Requested On: 07/2010

**CAVALRY PORTFOLIO SVCS**
500 SUMMIT LAKE DR
STE 4A
VALHALLA , NY 10595
(800) 501-0909

Requested On: 07/2010

**EQUABLE ASCENT FINANCIAL**
ONE NORTHBROOK PLA
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

Requested On: 07/2010

**ARS NATIONAL**
201 WEST GRAND
ESCONDIDO , CA 92025
Phone number not available

Requested On: 05/2010

**AFFINION - PRIVACYGU via CREDCO**
100 CONNETICUT AVE
NORWALK , CT 06850
(866) 990-7328

Requested On: 04/2010

**Permissible Purpose:** CONSUMER INITIATED TRANSACTION

**STATE FARM INS-26A**
4600 25TH AVE NE
SALEM , OR 97313
(503) 463-3000

Requested On: 04/2010

**Permissible Purpose:** INSURANCE UNDERWRITING

**DISCOVER FINANCIAL SERVI**
2500 LAKE COOK ROA
RIVERWOODS , IL 60015
Phone number not available

Requested On: 02/2010

**STATE FARM INS-26A**
4600 25TH AVE NE
SALEM , OR 97313
(503) 463-3000

Requested On: 11/2009

**Permissible Purpose:** INSURANCE UNDERWRITING

**GRYPHON**
3715 DAVINCI COURT
STE 200
NORCROSS , GA 30092
Phone number not available

Requested On: 10/2009

**EQUABLE ASCENT FINANCIAL**
ONE NORTHBROOK PLA
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

Requested On: 10/2009

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM , PA 19044
Phone number not available

Requested On: 07/2009

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion
(Note: This statement has no expiration date.)
The opt-out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

| Company Information | Inquiry Date(s) |
|---|---|
| First Advantage Credco/ 12395 First American Way Affinion/Prvgrd Poway, CA 92064-6897 | 04/13/2010 |
| ND-Choicepoint::SUBLIMITY INS CO AGE 1000 Alderman Dr Insurance P&C Agent Alpharetta, GA 30005-4101 | 04/13/2010 |
| AR-US Bank Na 601 2nd Ave S Minneapolis, MN 55402-4303 | 04/06/2010 |
| AR-Sears/Cbsd PO Box 6282 Sioux Falls, SD 57117-6282 | 03/10/2010 |
| Dish Network 9601 S Meridian Blvd Bldg 1 Floor 3 Cmo Englewood, CO 80112-5905 | 02/16/2010 |
| AR-Macy's Dsnb 9111 Duke Blvd Mason, OH 45040-8999 | 02/04/2010 |
| AR-Gemb Lending Inc. 3355 MICHELSON DR 3355 Michelson Dr 2nd Fl IRVINE, CA 92612 Phone: (800) 404-2647 | 12/31/2009 |
| AR-Gemb/Amazon Plcc PO Box 981432 El Paso, TX 79998-1432 Phone: (866) 634-8379 | 12/31/2009 |
| AR-Citi SD- The Home Depot 541 Sid Martin Rd Citibank Gray, TN 37615-6210 | 12/25/2009 |
| AR-Gemb/RV PO Box 6153 Rapid City, SD 57709-6153 Phone: (866) 220-9432 | 11/26/2009   09/10/2009 |
| AR-Gemb/Lowes PO Box 981400 C811 El Paso, TX 79998-1400 Phone: (800) 444-1408 | 11/13/2009 |
| AR-Capone Bank PO BOX 9180 PLEASANTON, CA 94588 | 08/02/2009 |
| AR-Citi Cards Cbsdna 701 E 60th St N Sioux Falls, SD 57104-0432 | 07/12/2009 |
| AR-Advanta Bancorp 1020 Laurel Oak Rd Voorhees, NJ 08043-3505 | 06/10/2009 |
| AR-Capital One PO Box 26030 Richmond, VA ?60-6030 | 05/28/2009 |

Exhibit PEA 5

| Company Information | Inquiry Date(s) |
|---|---|
| AR-FIA Csna<br>655 Papermill Rd MS1332 Wilmington, DE<br>19884-1510 | 05/07/2009 |

Exhibit PE A6

**** End of Credit File ****  Page 14 of 18    0104005738IHD-000813450- 441 - 446 - CS

# CERTIFICATE OF SERVICE

I hereby certify that a copies of the forgoing Plaintiff's Motion to Strike Declaration of Richard Martino, and Supporting Declaration of Lawrence James Saccato for Case # 6:13-cv-00173-AA, was sent by First Class Mail with postage prepaid through the United States Post Office to:

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

David A. Jacobs
LUVAAS COBB
777 High Street Ste 300
Eugene, Oregon 97401

William L. Larkins, Jr.
Larkins Vacura LLP
621 SW Morrison St. Suite 1450
Portland, Oregon 97205

They were deposited in the United States Post Office in Roseburg, Oregon on May 31, 2013.

*LAWRENCE SACCATO*

Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com