UNITED STATES DISTRICT COURT
FOR OREGON
EUGENE DIVISION

*FILED05 JUN '13 11:02USDC-ORE*

HONORABLE ANN AIKEN

| | | |
|---|---|---|
| **LAWRENCE JAMES SACCATO**<br>Plaintiff ProSe' | §<br>§<br>§ | Case No: 6:13-CV-00173-AA |
| Vs. | §<br>§<br>§ | DECLARATION OF LAWRENCE<br>JAMES SACCATO IN<br>SUPPORT OF PLAINTIFF'S |
| **U.S. BANK NATIONAL ASSOCIATION N.D.,**<br>Defendant | §<br>§<br>§ | RESPONSE TO DEFENDANT<br>CHRISTOPHER KAYSER'S<br>REPLY TO PLAINTIFF'S |
| **STEPHANIE BUCKLEY,**<br>Co-Defendant | §<br>§<br>§ | RESPONSE AND OPPOSITION<br>TO DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT |
| **CHRISTOPHER KAYSER,**<br>Co-Defendant | §<br>§ | |
| Does 1 through 5 | §<br>§ | |

I, LAWRENCE JAMES SACCATO, make the following declaration to the U.S. District Court for the District of Oregon.

1.      I am the Plaintiff in the pending action *Lawrence James Saccato v U.S. Bank National Association, ND*, US District Court Case No. 6:13-00173-AA.

2.      On or about 5/10/2011, I obtained a copy of my credit report from Equifax a credit reporting agency. The report showed that US Bank had accessed the report on 02/01/2011, see exhibit PE A Pgs. 1-2, a true and correct copy attached. The access was during the litigation of case no. 6:10-cv-06244.

3.      On or about 12/9/2010, I obtained a copy of my credit report from Transunion a credit reporting agency. The report in the Account Review Inquiries section showed no inquiry by U.S. Bank for the period of 07/2009 thru 11/2010, see exhibit PE A Pgs. 3-4, a true and correct copy attached.

Page -1-

4.      On or about 04/14/2010, I obtained a copy of my credit report from Equifax a credit reporting agency. The report in the Account Review Inquiries section showed no inquiry by U.S. Bank for the period of 05/2009 thru 04/2010, see exhibit PE A Pgs. 3-4, a true and correct copy attached.

5.      Upon review of my credit reports and during pending litigation I discovered Defendant U.S. Bank was listed as accessing my credit report on February 1, 2011 without my permission.

6.      Vacura LLP was counsel of record for Defendant U.S. Bank in the underlying lawsuit.

7.      Christopher Kayser was employed by the firm Larkins Vacura LLP and also employed by Defendant U.S. Bank defending its violations of the FCRA.

8.      Prior to Mr. Kayser entering the case and placing Plaintiff's private information into the public record Ms. Danielle Hunsaker was the attorney of record who also worked for the Larkins Vacura LLP firm.

9.      I have not been allowed to depose Mrs. Hunsaker or Mr. Kayser as to their dealings with U.S. Bank in reference to accessing my credit report without my permission.

10.     Upon receiving a copy of the Defendant's motion for summary judgment and the declaration of Richard Martino, Doc #23,  I discovered erroneous and inaccurate information in Mr. Martino's declaration.

11.     I have not been allowed to depose Mr. Martino and dispute portions of Para. 5 & 7 in his declaration.

12.     I believe that portions of Mr. Martino's declaration are erroneous, inaccurate and untruthful. See exhibits PE A Pgs. 1-6 attached herewith.


I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct.


Executed this ___3 rd___ day of June, 2013.

                                        LAWRENCE SACCATO
                                        Lawrence James Saccato pro se'
                                        C/o 6387 Old Hwy 99 S
                                        Roseburg Oregon 97470
                                        541-784-2284 mess.
                                        Ljsaccato@gmail.com

# EQUIFAX

## CREDIT FILE : May 10, 2011

Personal Identification Information    (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File:          Lawrence James Saccato
Social Security #      ▓▓▓▓▓▓ ● Date of Birth: ▓▓▓▓▓▓
Current Address:       ▓▓▓▓▓▓▓▓▓▓▓ Reported: 04/2010
Previous Address(es):  ▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓ 97470 Reported: 04/2011
Last Reported Employment:  Lawrence J Sacc;
Previous Employment(s):  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓;

ALERT(s):   File Blocked For Promotional Purposes

Confirmation #  1130040240

Please address all future correspondence to:

 www.investigate.equifax.com

 Equifax Information Services LLC
PO Box 105285
Atlanta GA 30348

 (800) 270-3435
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call WITHIN 60 DAYS of the date of this credit file AND have a copy of this credit file along with the confirmation number.

Continued On Next Page )

1130040240ICX-000972206- 1014 - 1048 - BS

Exhibit PE A 1

Ex#2 "A"

| Company Information | | Inquiry Date(s) | |
|---|---|---|---|
| AR-US Bank Na | | 02/01/2011 | ⟵ |
| | 601 2nd Ave S  Minneapolis, MN | | |
| 55402-4303 | | | |
| ND-Equifax | | 12/09/2010 | |
| | PO Box 740250  Atlanta, GA | | |
| 30374-0250 | | | |
| AR-VISA Dsnb | | 08/04/2010 | |
| | 9111 Duke Blvd  Mason, OH | | |
| 45040-8999 | | | |
| ND-Lexisnexis::SUBLIMITY INS CO AGE | | 04/13/2010 | |
| | 1000 Alderman Dr Insurance P&C Agent Alpharetta, | | |
| GA 30005-4101 | | | |

•••• End of Credit File ••••

1130040240ICX-000972206- 1014 - 1048 - BS

Exhibit PE A2

Exhibit P E A 3

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### GE MONEY BANK/AMAZON PLC
PO BOX 981432
EL PASO , TX 79998-1432        Requested On:        11/2010
(866) 634-8379

### GEMB LENDING INC
2995 RED HILL AVE
COSTA MESA , CA 92626          Requested On:        11/2010
(800) 404-2647

### DISCOVER FINCL SVC LLC
2500 LAKE COOK RD
RIVERWOODS , IL 60015-3851     Requested On:        11/2010
(800) 347-2683

### NORTHSTAR PRIM CRED CRDS
4285 GENESEE STREE
CHEEKTOWAGA , NY 14225         Requested On:        11/2010
Phone number not available

### BANK OF AMERICA CARD SER
655 PAPER MILL ROA
MS/DES-013-02-02               Requested On:        10/2010
NEWARK , DE 19713
(866) 352-1681

### PORTFOLIO RECOVERY ASSOC
140 CORPORATE BLVD
NORFOLK , VA 23502             Requested On:        10/2010
Phone number not available

### CBUSA/SEARS
701 E 60TH ST NORT
PO BOX 6241                    Requested On:        10/2010
SIOUX FALLS , SD 57117
(800) 917-7700

### PORTFOLIO RECOVERY ASSOC
120 CORPORATE BLVD
NORFOLK , VA 23502             Requested On:        09/2010
Phone number not available

### COLLECT AMERICA
370 17TH ST STE 50
DENVER , CO 80202-5622         Requested On:        09/2010          **Permissible Purpose:** TO ACQUIRE/SERVICE
(303) 296-3345                                                       /INSURE ACCOUNT

### THE BRACHFELD LAW GROUP
800 W SAM HOUSTON
SUITE 200                      Requested On:        08/2010
HOUSTON , TX 77042
Phone number not available

Exhibit PE A4

## PORTFOLIO RECOVERY ASSO
140 CORPORATE BLVD
NORFOLK , VA 23502      **Requested On:**      07/2010
Phone number not available

## MIDLAND CREDIT MGMT INC
8875 AERO DR STE 2
SAN DIEGO , CA 92123      **Requested On:**      07/2010      **Permissible Purpose:** COLLECTION
(800) 265-8825

## EQUABLE ASCENT FINANCIAL
ONE NORTHBROOK PLA      **Requested On:**      07/2010
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

## CAVALRY PORTFOLIO SVCS
500 SUMMIT LAKE DR
STE 4A      **Requested On:**      07/2010
VALHALLA , NY 10595
(800) 501-0909

## EQUABLE ASCENT FINANCIAL
ONE NORTHBROOK PLA      **Requested On:**      07/2010
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

## ARS NATIONAL
201 WEST GRAND
ESCONDIDO , CA 92025      **Requested On:**      05/2010
Phone number not available

## AFFINION - PRIVACYGU via CREDCO
100 CONNETICUT AVE      **Requested On:**      04/2010      **Permissible Purpose:** CONSUMER INITIATED
NORWALK , CT 06850                                          TRANSACTION
(866) 990-7328

## STATE FARM INS-26A
4600 25TH AVE NE
SALEM , OR 97313      **Requested On:**      04/2010      **Permissible Purpose:** INSURANCE
(503) 463-3000                                              UNDERWRITING

## DISCOVER FINANCIAL SERVI
2500 LAKE COOK ROA
RIVERWOODS , IL 60015      **Requested On:**      02/2010
Phone number not available

## STATE FARM INS-26A
4600 25TH AVE NE
SALEM , OR 97313      **Requested On:**      11/2009      **Permissible Purpose:** INSURANCE
(503) 463-3000                                              UNDERWRITING

## GRYPHON
3715 DAVINCI COURT
STE 200      **Requested On:**      10/2009
NORCROSS , GA 30092
Phone number not available

## EQUABLE ASCENT FINANCIAL
ONE NORTHBROOK PLA      **Requested On:**      10/2009
5 REVERE DRIVE, ST
NORTHBROOK , IL 60062
(847) 418-2081

## NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROA
HORSHAM , PA 19044      **Requested On:**      07/2009
Phone number not available

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion
(Note: This statement has no expiration date.)
The opt-out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently
opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or
calling us at 800-916-8800 and speaking with a representative.

12/9/2010 11:27 AM

| Company Information | Inquiry Date(s) |
|---|---|
| First Advantage Credco/ | 04/13/2010 |
| 12395 First American Way Affinion/Prvgrd Poway, | |
| CA 92064-6897 | |
| ND-Choicepoint::SUBLIMITY INS CO AGE | 04/13/2010 |
| 1000 Alderman Dr Insurance P&C Agent Alpharetta, | |
| GA 30005-4101 | |
| AR-US Bank Na | 04/06/2010 |
| 601 2nd Ave S Minneapolis, MN | |
| 55402-4303 | |
| AR-Sears/Cbsd | 03/10/2010 |
| PO Box 6282 Sioux Falls, SD | |
| 57117-6282 | |
| Dish Network | 02/16/2010 |
| 9601 S Meridian Blvd Bldg 1 Floor 3 Cmo Englewood, | |
| CO 80112-5905 | |
| AR-Macy's Dsnb | 02/04/2010 |
| 9111 Duke Blvd Mason, OH | |
| 45040-8999 | |
| AR-Gemb Lending Inc. | 12/31/2009 |
| 3355 MICHELSON DR 3355 Michelson Dr 2nd Fl | |
| IRVINE, CA 92612 Phone: (800) 404-2647 | |
| AR-Gemb/Amazon Plcc | 12/31/2009 |
| PO Box 981432 El Paso, TX | |
| 79998-1432 Phone: (866) 634-8379 | |
| AR-Citi SD- The Home Depot | 12/25/2009 |
| 541 Sid Martin Rd Citibank Gray, TN | |
| 37615-6210 | |
| AR-Gemb/RV | 11/26/2009   09/10/2009 |
| PO Box 6153 Rapid City, SD | |
| 57709-6153 Phone: (866) 220-9432 | |
| AR-Gemb/Lowes | 11/13/2009 |
| PO Box 981400 C811 El Paso, TX | |
| 79998-1400 Phone: (800) 444-1408 | |
| AR-Capone Bank | 08/02/2009 |
| PO BOX 9180 PLEASANTON, CA | |
| 94588 | |
| AR-Citi Cards Cbsdna | 07/12/2009 |
| 701 E 60th St N Sioux Falls, SD | |
| 57104-0432 | |
| AR-Advanta Bancorp | 06/10/2009 |
| 1020 Laurel Oak Rd Voorhees, NJ | |
| 08043-3505 | |
| AR-Capital One | 05/28/2009 |
| PO Box 26030 Richmond, VA | |
| 260-6030 | |

( On Next Page )

0104005738IHD-000813450- 441 - 446  - CS

| Company Information | Inquiry Date(s) |
|---|---|
| AR-FIA Csna | 05/07/2009 |
| 655 Papermill Rd MS1332 Wilmington, DE | |
| 19884-1510 | |

Exhibit PE AC

**** End of Credit File ****

0104005738IHD-000813450- 441 - 446 - CS

# CERTIFICATE OF SERVICE

I hereby certify that a copies of the forgoing Plaintiff's Response and supporting declaration to Defendants Kayser's Motion for Summary Judgment for Case # 6:13-cv-00173-AA, was sent by First Class Mail with postage prepaid through the United States Post Office to:

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

David A. Jacobs
LUVAAS COBB
777 High Street Ste 300
Eugene, Oregon 97401

William L. Larkins, Jr.
Larkins Vacura LLP
621 SW Morrison St. Suite 1450
Portland, Oregon 97205

They were deposited in the United States Post Office in Roseburg, Oregon on June 3, 2013.


*LAWRENCE SACCATO*
Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com