UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LAWRENCE JAMES SACCATO,

**Plaintiff,**

v.                                                            Civil No.6:13-CV-00173-AA

U.S.BANK NATIONAL ASSOCIATION,
N.D., STEPHANIE BUCKLEY,
CHRISTOPHER KAYSER, DOES 1
THROUGH 5

**Defendant.**

**JUDGMENT**

This action is dismissed.

Dated: July 22, 2013.

MARY MORAN, CLERK OF COURT

by      s/L. Brinn
        L. Brinn, Deputy

**JUDGMENT**